# EXHIBIT C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN MICHIGAN

CORY LEMARBE,

    Plaintiff,

vs.

VILLAGE OF MILFORD,

    Defendant.

Case No.: 2:19-cv-12992
Hon. David M. Lawson
Mag. Judge Anthony P. Patti

| | |
|---|---|
| Scott P. Batey (P54711)<br>Batey Law Firm, PLLC<br>Attorneys for Plaintiff<br>30200 Telegraph, Suite 400<br>Bingham Farms, MI  48025<br>(248) 540-6800/(248) 540-6814 (fax)<br>sbatey@bateylaw.com<br>rfowler@bateylaw.com<br>Attorneys for Plaintiff | Lauri B. Stewart (P55014)<br>Kerr, Russell and Weber, PLC<br>500 Woodward, Suite 2500<br>Detroit, MI 48226<br>(313) 961-0200<br>lstewart@kerr-russell.com<br>Attorneys for Defendant |

## DEFENDANT'S AMENDED RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DATED FEBRUARY 19, 2020

Now comes Defendant, by and through its attorneys, Kerr, Russell and Weber, PLC, and for their Amended Responses to Plaintiff's Request for Production of Documents Dated February 19, 2020, state as follows:

REQUEST TO PRODUCE NO. 6:

Please produce any and all documents, audio recordings or video recordings that relate in any way to the allegations in Plaintiff's Complaint or who Plaintiff

{39016/21/D1659579.DOCX;1}

requested FMLA leave or accommodations under the ADA, including all documents from Village of Milford requesting any medical records or documentation of accommodation.

**RESPONSE**: Defendant obtained surveillance of Mr. LeMarbe in October and November 2021 and is in possession of both video and still photographs from that undertaking. Whether or not such materials will be used at Trial will depend upon whether Plaintiff gives testimony that is contrary to it, in which case it may be used for impeachment purposes. It is Defendant's position that the production of these materials is protected by the attorney work-product doctrine and that Plaintiff has the ability to obtain equivalent information without undue hardship given his own intimate knowledge of his capabilities. Moreover, the disclosure of these materials would provide improper insight into the mental impressions and strategy of the defense. A Motion in Limine to Allow Defendant to Use Surveillance Evidence for Impeachment Purposes for a determination of these issues prior to Trial is forthcoming.

Dated: November 17, 2021

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/*Lauri B. Stewart*
Lauri B. Stewart (P55014)
Attorneys for Defendant
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200; (313) 961-0388 Fax
lstewart@kerr-russell.com

{39016/21/D1659579.DOCX;1}

## CERTIFICATE OF SERVICE

Vikki M. McKinnie states that on the 17th day of November 2021, she served the foregoing upon counsel for Plaintiff at the address as reflected on the pleadings of record via regular U.S. Mail with postage being fully prepaid thereon.

/s/Vikki M. McKinnie
Vikki M. McKinnie, Legal Assistant